FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )
                              )
       v.                     )     2:13-CR-200-JCM-(VCF)
                              )
JAMES RAYMOND ROBERTS,        )
                              )
              Defendant.      )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 13, 2015, defendant JAMES RAYMOND ROBERTS pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2) and (b). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JAMES RAYMOND ROBERTS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant JAMES RAYMOND ROBERTS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section, 2253(a)(1) and (a)(3):

1.  a Silver Asus laptop, serial number BCN0AS36387650C12M;

2.  a black unknown brand PC tower; and

3.  any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JAMES RAYMOND ROBERTS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

1  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

2  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

3  petition and the relief sought.

4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

5  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

6  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

7  after the first day of the publication on the official internet government forfeiture site,

8  www.forfeiture.gov.

9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

10 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

11 following address at the time of filing:

12         Michael A. Humphreys
        Assistant United States Attorney
13         Daniel D. Hollingsworth
        Assistant United States Attorney
14         Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
15         Las Vegas, Nevada 89101.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

17 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

18 following publication of notice of seizure and intent to administratively forfeit the above-described

19 property.

20     DATED this ___ day of January, 2015.

21

22

23                                           _____
                                UNITED STATES DISTRICT JUDGE

24

25

26